UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R. GUNABALAN, INC.,

      Plaintiff,

v.

MERIT LABORATORY
PARTNERS, LLC,

      Defendant.
_____/

Case No. 4:15-cv-11706
District Judge Terrence G. Berg
Magistrate Judge Anthony P. Patti

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL AS MOOT (DE 7)

This matter is before the Court for consideration of Defendant's motion to compel (DE 7), Plaintiff's response in opposition (DE 10), and Defendant's reply (DE 11).  The motion was referred to me on May 26, 2016 pursuant to 28 U.S.C. § 636(b)(1)(A). (DE 17.)  On June 29, 2016, the Court was informed that the parties had reached a settlement, with final papers to be submitted within thirty days.  Accordingly, Defendant's motion is **DENIED AS MOOT**.  (DE 7.)

   **IT IS SO ORDERED.**

Dated: June 30, 2016

s/Anthony P. Patti
ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

2

I hereby certify that a copy of the foregoing order was sent to parties of record on June 30, 2016, electronically and/or by U.S. Mail.

                                              s/Michael Williams
                                              Case Manager for the
                                              Honorable Anthony P. Patti

4:15-cv-11706-TGB-MJH Doc # 20 Filed 06/30/16 Pg 2 of 2 Pg ID 270